UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendant. | Case No. 19-cv-06127-HSG<br><br>**ORDER REGARDING CASE STATUS** |

Prior to reassignment to the undersigned, Judge Alsup ordered the case closed because it was a "duplicate opened in error," and the case was terminated. Dkt. No. 19. Accordingly, the Court reemphasizes that this case is closed. No further filings shall be accepted in this closed case.

**IT IS SO ORDERED.**

Dated: 3/26/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge